UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                                                                                                     No. 23-CR-279-LTS-10

CLAUDY BRATINI,                                                                      ORDER

       Defendant.

-------------------------------------------------------x

A change of plea hearing in this case is scheduled to proceed on **July 1, 2024, at 2:00 p.m.**, in Courtroom 17C.

The parties are directed to file, and email Chambers at SwainNYSDCorresp@nysd.uscourts.gov, any documents they would like the Court to consider during or in connection with the proceeding, at least 48 hours in advance of the proceeding.

       SO ORDERED.

Dated: New York, New York                      /s/ Laura Taylor Swain
       June 18, 2024                                 LAURA TAYLOR SWAIN
                                                             Chief United States District Judge