UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-                                                  No. 23-CR-279-LTS-10

CLAUDY BRATINI,                                     ORDER

        Defendant.

-------------------------------------------------------x

        The change of counsel hearing that was scheduled to proceed on **August 9, 2024, at 10:00 a.m.** (see docket entry no. 190) is hereby cancelled. The parties are directed to contact Magistrate Court to reschedule the hearing.

        SO ORDERED.

Dated: New York, New York               /s/ Laura Taylor Swain
      August 8, 2024                       LAURA TAYLOR SWAIN
                                          Chief United States District Judge