LAW OFFICE OF
# BENJAMIN SILVERMAN
224 WEST 30TH ST., SUITE 302
NEW YORK, NY 10001

TEL (212) 203-8074
FAX (646) 843-3938
Benjamin@bsilvermanlaw.com

## **MEMO ENDORSED**

December 10, 2024

By ECF
Honorable Laura T. Swain
Chief United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

  Re: *United States v. Bratini*, 23 Cr. 279 (LTS)

Your Honor:

  I represent Claudy Bratini in the above-captioned case. The parties have reached a resolution and respectfully request that the Court schedule a change of plea hearing. I understand that December 17, 2024, at 11:00 am is a date and time that is convenient for the Court, and the parties are available. Thank you for your consideration.

           Respectfully submitted,

           /s/ Benjamin Silverman
           Benjamin Silverman
           *Attorney for Claudy Bratini*

cc: Counsel of record (by ECF)

The foregoing request is granted. A plea hearing in this case is hereby scheduled for December 17, 2024, at 11:00 a.m. in Courtroom 17C. DE 238 resolved.
SO ORDERED.
12/10/2024
/s/ Laura Taylor Swain, Chief USDJ